COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Amanda Broussard v. The Bank of New York Mellon

Appellate case number:   01-14-00214-CV

Trial court case number: 13-CCV-050828

Trial court:             County Court at Law No. 2 of Fort Bend County

On March 24, 2014, appellant, Amanda Broussard, filed a "Motion for Emergency Ex-Parte Injunctive Relief under T.R.A.P. 24.4(c)." Pursuant to Texas Rule of Appellate Procedure 24.4(c), the Court orders the execution of the writ of possession and execution of the judgment **stayed**. *See* TEX. R. APP. P. 24.4(c). The stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted.

However, to the extent appellant requests the issuance of a writ of injunction or writ of prohibition, the Court will consider such requests through a properly filed petition for writ of injunction or writ of possession. *See* TEX. R. APP. P. 52 (original proceedings).

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually     ☐ Acting for the Court


Date: March 26, 2014